## Thermal-Tite Insulation Company, Appellant, v. American Insulation Corporation, Appellee.

Gen. No. 42,889.

Heard in the third division, first district, this court at the December term, 1943; opinion filed May 18, 1945; released for publication June 8, 1945. Clement L. Harrell, for appellant; Loesch, Scofield, Loesch & Burke, of counsel; Ernest W. Clark and James Maher, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.